1  WILLIAM C. ROOKLIDGE (SBN 134483)
   BEN M. DAVIDSON (SBN 181464)
2  GREGORY S. CORDREY (SBN 190144)
   JESSE D. MULHOLLAND (SBN 222393)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   Telephone: (949) 721-6900
5  Facsimile: (949) 721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: davidsonb@howrey.com
   E-mail: cordreyg@howrey.com
7  E-mail: mulhollandj@howrey.com

8
   Attorneys for Defendant,
9  The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC. and KRAFT FOODS GLOBAL, INC. | Case No. 07-4413-PJH |
| Plaintiffs, | **NOTICE OF APPEARANCE OF BENJAMIN C. DEMING** |
| vs. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant The Procter & Gamble Company.

I certify that I am admitted to practice in this court.

Dated: March 5, 2008            /s/
                          Benjamin C. Deming

-1-    Opposition to Kraft's Admin Mot. to Determine
       Whether Related to Case No. 3:08-cv-00930-JCS

DM_US:21072759_1