1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2      claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3      evettepennypacker@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  Attorneys for Plaintiff/Counterclaim Defendant
   Kraft Foods Holdings, Inc. and Third Party
7  Defendant Kraft Foods Global, Inc.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  KRAFT FOODS HOLDINGS, INC.,         CASE NO. C 08-930 PJH

13                  Plaintiff,

14        v.

15  THE PROCTER & GAMBLE COMPANY,       **[PROPOSED] ORDER GRANTING KRAFT'S MOTION FOR A STAY**

16                  Defendant.

17
                                        DATE:   April 9, 2008
18  THE PROCTER & GAMBLE COMPANY,       TIME:   9:00 a.m.
                                        PLACE:  Courtroom 3, 17th Floor
19               Counterclaim Plaintiff, JUDGE:  Hon. Patricia J. Hamilton

20
         v.
21
22  KRAFT FOODS HOLDINGS, INC.

23               Counterclaim Defendant

24       and

25  KRAFT FOODS GLOBAL, INC.

26               Third-Party Defendant.

27

28
                                    1

**[PROPOSED] ORDER**

Before the Court is Plaintiff/Counterclaim Defendant Kraft Foods Holdings, Inc.'s and Third Party Defendant Kraft Foods Global, Inc.'s (collectively "Kraft") Motion for a Stay. Having considered the pleadings and other papers on file herein and argument submitted by counsel for Kraft and The Procter & Gamble Company, the evidence submitted in support of and in opposition to the motion, and the arguments of counsel, with good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Kraft's motion to stay this action is **GRANTED**. This action is hereby stayed pending completion (including the completion of all appeals) of the pending *inter partes* and *ex parte* re-examinations of the '418 patent.

DATED: _____, 2008

The Honorable Phyllis J. Hamilton
United States District Judge