QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff/Counterclaim Defendant
Kraft Foods Holdings, Inc. and Third Party
Defendant Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., <br><br>                Plaintiff, <br><br>v. <br><br>THE PROCTER & GAMBLE COMPANY, <br><br>                Defendant. <br><br>THE PROCTER & GAMBLE COMPANY, <br><br>                Counterclaim Plaintiff, <br><br>v. <br><br>KRAFT FOODS HOLDINGS, INC. <br><br>                Counterclaim Defendant <br><br>  and <br><br>KRAFT FOODS GLOBAL, INC. <br><br>                Third-Party Defendant. | CASE NO. C 08-930 PJH <br><br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE: KRAFT'S MOTION FOR A STAY
CASE NO. C 08-930 PJH

# PROOF OF SERVICE

I, Thomas E. Wallerstein, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

**KRAFT'S NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KRAFT'S MOTION FOR A STAY**

**[PROPOSED] ORDER GRANTING KRAFT'S MOTION FOR A STAY**

I caused copies of the above documents to be served on counsel for the parties in this action as follows:

**William C. Rooklidge**
RooklidgeW@howrey.com

**Greg Cordrey**
CordreyG@howrey.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from Tomwallerstein@quinnemanuel.com on March 5, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served on February .

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on March 5, 2008 at Redwood Shores, California,

Thomas E. Wallerstein