1  WILLIAM C. ROOKLIDGE (SBN 134483)
   MARTHA K. GOODING (SBN 101638)
2  BEN M. DAVIDSON (SBN 181464)
   GREGORY S. CORDREY (SBN 190144)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   Telephone: (949) 721-6900
5  Facsimile: (949) 721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: goodingm@howrey.com
   E-mail: davidsonb@howrey.com
7  E-mail: cordreyg@howrey.com

8  Attorneys for Defendant,
   The Procter & Gamble Company
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 KRAFT FOODS HOLDINGS, INC.,              ) Case No. C 08-930-PJH
                                            )
14           Plaintiff,                     )
                                            )
15 v.                                       ) **NOTICE OF APPEARANCE OF GREGORY**
                                            ) **S. CORDREY**
16 THE PROCTER & GAMBLE COMPANY,            )
                                            )
17           Defendant.                     )
                                            )
18                                          )
                                            )
19                                          )
   THE PROCTER & GAMBLE COMPANY,            )
20                                          )
           Counterclaim Plaintiff           )
21                                          )
   v.                                       )
22                                          )
   KRAFT FOODS HOLDINGS, INC.               )
23                                          )
           Counterclaim Defendant           )
24 and                                      )
                                            )
25 KRAFT FOODS GLOBAL, INC.                 )
                                            )
26         Third-Party Defendant            )
                                            )
27 _____  )

28

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant The Procter & Gamble Company.

I certify that I am admitted to practice in this court.

Dated: March 6, 2008          /s/
                              Gregory S. Cordrey