```
 1  WILLIAM C. ROOKLIDGE (SBN 134483)
    MARTHA K. GOODING (SBN 101638)
 2  BEN M. DAVIDSON (SBN 181464)
    GREGORY S. CORDREY (SBN 190144)
 3  HOWREY LLP
    4 Park Plaza, Suite 1700
 4  Irvine, California  92614
    Telephone:  (949) 721-6900
 5  Facsimile:  (949) 721-6910
    E-mail:  rooklidgew@howrey.com
 6  E-mail:  goodingm@howrey.com
    E-mail:  davidsonb@howrey.com
 7  E-mail:  cordreyg@howrey.com

 8  Attorneys for Defendant
    The Procter & Gamble Company
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., | Case No. C 08-00930-PJH |
| Plaintiff, | **NOTICE OF APPEARANCE OF BEN M. DAVIDSON** |
| v. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Counterclaim Plaintiff | |
| v. | |
| KRAFT FOODS HOLDINGS, INC. | |
| Counterclaim Defendant | |
| and | |
| KRAFT FOODS GLOBAL, INC. | |
| Third-Party Defendant | |

**HOWREY LLP**

BEN M. DAVIDSON NOTICE OF APPEARANCE
Case No. C 08-00930 PJH

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant The Procter & Gamble Company. I certify that I am admitted to practice in this court.

Dated:   March 6, 2008                        /s/
                                      Ben M. Davidson

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, 11th Floor, Los Angeles, California 90071.

I am readily familiar with the firm's business practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under said practice, correspondence is deposited with the U.S. Postal Service in the ordinary course of business on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this declaration.

On March 6, 2008, I served the foregoing document described as: **NOTICE OF APPEARANCE OF BEN M. DAVIDSON** by having placed a true copy thereof in a sealed envelope addressed as follows:

>   Anthony A. Tomaselli, Esq.
>   Quarles & Brady LLP
>   33 East Main Street
>   Suite 900
>   Madison, Wisconsin  53701

I deposited such envelope with postage thereon prepaid with the United States Postal Service at 550 South Hope Street, 11th Floor, Los Angeles, California.

I am employed in the office of a member of the bar at whose direction service was effected.

Executed on March 6, 2008, at Los Angeles, California.

Charles Koster
Type or Print Name