1  WILLIAM C. ROOKLIDGE (SBN 134483)
   MARTHA K. GOODING (SBN 101638)
2  BEN M. DAVIDSON (SBN 181464)
   GREGORY S. CORDREY (SBN 190144)
3  JESSE D. MULHOLLAND (SBN 222393)
   HOWREY LLP
4  4 Park Plaza, Suite 1700
   Irvine, California 92614
5  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
6  E-mail: rooklidgew@howrey.com
   E-mail: goodingm@howrey.com
7  E-mail: davidsonb@howrey.com
   E-mail: cordreyg@howrey.com
8  E-mail: mulhollandj@howrey.com

9  MARK D. WEGENER (*pro hac vice application pending*)
   HOWREY LLP
10 1299 Pennsylvania Avenue, NW, Washington, DC 20004
   Telephone: (202) 783-0800
11 Facsimile: (202) 383-6610
   E-mail: wegenerm@howrey.com
12 Attorneys for Defendant The Procter & Gamble Company

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., | Case No. 3:08-CV-00930-PJH |
| Plaintiff, | Transferred from W.D. Wisc. |
| vs. | Case No. 07C0613S |
| THE PROCTER & GAMBLE COMPANY, | DECLARATION OF BENJAMIN C. DEMING IN SUPPORT OF ADMINISTRATIVE MOTION BY DEFENDANT THE PROCTER & GAMBLE COMPANY FOR SCHEDULING AND STATUS CONFERENCE (L.R. 7-11) |
| Defendant. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Counterclaim Plaintiff, | |
| vs. | |
| KRAFT FOODS HOLDINGS, INC. | |
| Counterclaim Defendant, | |
| and | |
| KRAFT FOODS GLOBAL, INC. | |
| Third-Party Defendant. | |

I, Benjamin Deming, declare and state:

1. I am an attorney at the law firm of Howrey LLP, counsel of record for The Procter & Gamble Company ("P&G") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them under oath.

2. In connection with the litigation between Kraft Foods Holdings, Inc., and Kraft Foods Global, Inc. (collectively "Kraft") and P&G in the Western District of Wisconsin, Case No. 07-C-0613-S (the "Wisconsin Action"), the parties have exchanged extensive discovery with respect to both Kraft's U.S. Patent No. 7,074,443 – which is the subject of the Wisconsin Action – and P&G's U.S. Patent No. 7,169,419 (the "'419 Patent"), now before this Court, including:

- Approximately 160 Requests for Production (served by P&G);
- 91 Requests for Production (served by Kraft);
- Approximately 230,000 pages of documents (produced by P&G);
- Approximately 95,000 pages of documents (produced by Kraft);
- 17 Interrogatories (served by P&G);
- 23 Interrogatories (served by Kraft);
- 88 Requests for Admission (served by P&G).

3. The parties also have exchanged the following discovery with respect to P&G's '419 Patent:

- Proposed claim constructions (by both P&G and Kraft);
- Infringement contentions (by P&G);
- Non-infringement contentions (by Kraft);
- Invalidity contentions (by Kraft);
- Evidence of non-obviousness (served by P&G);
- Willfulness contentions (by P&G); and
- Evidence of conception and reduction to practice (by P&G)

4.  The scheduling order entered by the court in the Wisconsin Action set a May 1, 2008 deadline for dispositive motions, an August 1, 2008 discovery cutoff, an August 6, 2008 pretrial conference, and a September 8, 2008 trial date. The scheduling order also set December 27, 2007 as the deadline for amending pleadings or adding parties. To comply with that case management schedule, P&G was preparing, at the time this action was transferred to this Court, to serve deposition notices on Kraft witnesses regarding the accused products, Kraft's claim construction position, and other topics related to Kraft's alleged infringement of the '419 patent.

5.  In early December 2007, both parties served their initial Rule 26 disclosures, including P&G's preliminary infringement contentions regarding the '419 patent.

6.  Attached as Exhibit 1 is a true and correct copy of a letter dated January 25, 2008 from Evette Pennypacker to Martha Gooding.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 6th day of March, 2008, in Los Angeles, California.

/s/ Benjamin Deming
Benjamin Deming

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

January 25, 2008

**Via Electronic Delivery**

Martha K, Gooding
Howrey LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-8557
Email: goodingm@.com

Re:   *Kraft v. The Procter & Gamble Company*, Case No. 07-C-0613-S (W.D. Wisconsin)

Dear Martha:

In light of the Court's order today granting Kraft's motion to transfer P&G's counterclaim and third party claim for infringement of the '419 patent to the Northern District of California, no further discovery regarding that claim will go forward in the Wisconsin action. Accordingly, Kraft will provide responses to any outstanding discovery requests from P&G and supplement its responses to P&G's first set of discovery requests pursuant to my January 16 letter only to the extent such responses and supplementation relate to Kraft's claim on the '443 patent.

Please feel free to contact me with any questions.

Best regards,

*[signature]*
Evette Pennypacker

cc:   William Rooklidge, Greg Cordrey, Ben Davidson

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010I | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

51282/2368179.1