```
 1 | WILLIAM C. ROOKLIDGE (SBN 134483)
   | MARTHA K. GOODING (SBN 101638)
 2 | BEN M. DAVIDSON (SBN 181464)
   | GREGORY S. CORDREY (SBN 190144)
 3 | JESSE D. MULHOLLAND (SBN 222393)
   | HOWREY LLP
 4 | 4 Park Plaza, Suite 1700
   | Irvine, California 92614
 5 | Telephone: (949) 721-6900
   | Facsimile: (949) 721-6910
 6 | E-mail: rooklidgew@howrey.com
   | E-mail: goodingm@howrey.com
 7 | E-mail: davidsonb@howrey.com
   | E-mail: cordreyg@howrey.com
 8 | E-mail: mulhollandj@howrey.com
 9 | MARK D. WEGENER (pro hac vice application pending)
   | HOWREY LLP
10 | 1299 Pennsylvania Avenue, NW, Washington, DC 20004
   | Telephone: (202) 783-0800
11 | Facsimile: (202) 383-6610
   | E-mail: wegenerm@howrey.com
12 | Attorneys for Defendant The Procter & Gamble Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., | Case No. 3:08-CV-00930-PJH |
| Plaintiff, | Transferred from W.D. Wisc. |
| vs. | Case No. 07C0613S |
| THE PROCTER & GAMBLE COMPANY, | DECLARATION OF MARTHA K. GOODING IN SUPPORT OF ADMINISTRATIVE MOTION BY DEFENDANT THE PROCTER & GAMBLE COMPANY FOR SCHEDULING AND STATUS CONFERENCE (L.R. 7-11) |
| Defendant. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Counterclaim Plaintiff, | |
| vs. | |
| KRAFT FOODS HOLDINGS, INC. | |
| Counterclaim Defendant, | |
| and | |
| KRAFT FOODS GLOBAL, INC. | |
| Third-Party Defendant. | |

HOWREY LLP

Case No. 3:08-CV-00930-PJH
DECLARATION OF MARTHA K. GOODING

DM_US:21024583_1

1  I, Martha K. Gooding, declare as follows:

2  1. I am an attorney at the law firm of Howrey LLP, and one of the attorneys representing Defendant The Procter and Gamble Company ("P&G") in the above-captioned action. I make this Declaration in support of P&G's Motion for a Scheduling and Status Conference ("Motion"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. Unless otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to them under oath.

2. On February 7, 2008, I telephoned Evette Pennypacker, one of the attorneys representing Kraft in this action, to advise her of P&G's intended Motion and to determine whether Kraft would stipulate to it. I told her P&G believes fact discovery should continue without delay, in accordance with the parties' previous discovery in the Wisconsin Action and that, once the transferred case had been docketed in this Court, P&G intends to file a motion for a status conference or case management conference to determine an appropriate schedule for the case. Ms. Pennypacker indicated that Kraft did not agree with this approach and would not stipulate to or join in P&G's Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 6, 2008 at Irvine, California.

_____
MARTHA K. GOODING

-1-

Case No. 3:08-CV-00930-PJH
DECLARATION OF MARTHA K. GOODING

HOWREY LLP

DM_US:21024583_1