1  WILLIAM C. ROOKLIDGE (SBN 134483)
   MARTHA K. GOODING (SBN 101638)
2  BEN M. DAVIDSON (SBN 181464)
   GREGORY S. CORDREY (SBN 190144)
3  JESSE D. MULHOLLAND (SBN 222393)
   HOWREY LLP
4  4 Park Plaza, Suite 1700
   Irvine, California  92614
5  Telephone:  (949) 721-6900
   Facsimile:  (949) 721-6910
6  E-mail:  rooklidgew@howrey.com
   E-mail:  goodingm@howrey.com
7  E-mail:  davidsonb@howrey.com
   E-mail:  cordreyg@howrey.com
8  E-mail:  mulhollandj@howrey.com

9  MARK D. WEGENER (*pro hac vice application pending*)
   HOWREY LLP
10 1299 Pennsylvania Avenue, NW, Washington, DC  20004
   Telephone:  (202) 783-0800
11 Facsimile:  (202) 383-6610
   E-mail:  wegenerm@howrey.com
12 Attorneys for Defendant The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., | Case No. 3:08-CV-00930-PJH |
| Plaintiff, | Transferred from W.D. Wisc. Case No. 07C0613S |
| vs. | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY DEFENDANT THE PROCTER & GAMBLE COMPANY FOR SCHEDULING AND STATUS CONFERENCE (L.R. 7-11) |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Counterclaim Plaintiff, | |
| vs. | |
| KRAFT FOODS HOLDINGS, INC. | |
| Counterclaim Defendant, | |
| and | |
| KRAFT FOODS GLOBAL, INC. | |
| Third-Party Defendant. | |

HOWREY LLP

1 **<u>ORDER</u>**

2 On March 6, 2008, Defendant and Counterclaim Plaintiff The Procter & Gamble Company

3 filed its Administrative Motion for Scheduling and Status conference pursuant to Local Rule 7-11.

4 The motion and supporting documents having been duly considered and good cause shown, the

5 Court hereby GRANTS Defendant The Procter & Gamble Company's Administrative Motion for

6 Scheduling and Status Conference.

7

8 IT IS SO ORDERED

9 Dated: _____

                                                        Hon. Phyllis J. Hamilton
10                                                         United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LP

-1-   Case No. 3:08-CV-00930-PJH
ADMIN. MTN. BY P&G FOR
SCHEDULING & STAT. CONF.