QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
    tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff/Counterclaim Defendant
Kraft Foods Holdings, Inc. and Third Party
Defendant Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>　　　　Defendant. | CASE NO. C 08-930 PJH<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION OF P&G FOR SCHEDULING AND STATUS CONFERENCE** |
| THE PROCTER & GAMBLE COMPANY,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>KRAFT FOODS HOLDINGS, INC.,<br><br>　　　　Counterclaim Defendant<br><br>　　and<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>　　　　Third-Party Defendant. | DATE:　　April 9, 2008<br>TIME:　　9:00 a.m.<br>PLACE:　　Courtroom 3, 17th Floor<br>JUDGE:　　Hon. Patricia J. Hamilton |

Before the Court is an administrative motion of The Procter & Gamble Company ("P&G") for a scheduling and status conference. Having considered the pleadings and other papers on file herein and argument submitted by counsel for P&G as well as Kraft Foods Holdings, Inc. and Kraft Foods Global, Inc., the evidence submitted in support of and in opposition to the motion, and with good cause appearing,

**IT IS HEREBY ORDERED THAT:**

P&G's administrative motion for a scheduling and status conference is **DENIED**.

DATED:_____, 2008        The Honorable Phyllis J. Hamilton
United States District Judge