William C. Rooklidge (SBN 134483)
Ben M. Davidson (SBN 181464)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614
949-721-6900
949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: davidsonb@howrey.com
E-mail: cordreyg@howrey.com
E-mail: mulhollandj@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDING, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. | Case No. 3:08-CV-00930-PJH <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Mark D. Wegener, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff The Procter & Gamble Company in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the Highest court of another State or the District of Columbia, as indicated above;

1  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William C. Rooklidge
Howrey LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614
(949) 721-6900

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2008

Respectfully submitted,

By _____
Mark D. Wegener
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 383-0800
Facsimile: (202) 383-6610

Case No. 3:08-CV-00930-PJH
2   Application for Admission of Attorney *Pro Hac Vice*



Court Name: U.S. District Court, NDCA
Receipt Number: 34611016786
Transaction: [illegible]
Transaction Date: 03/07/2008
Payer Name: San Francisco legal support

PRO HAC VICE
For: Mark Wegener
Case/Party: D-CAN-3-08-AT-PROHAC-001
Amount: $210.00

CHECK
Check/Money Order Num: 34493
Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-930pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.