UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRAFT FOODS HOLDING, INC.,

    Plaintiff(s),

    v.

PROCTER AND GAMBLE CO,

    Defendant(s).
_____/

No. C 08-0930 PJH

**ORDER RE ADMINISTRATIVE MOTION AND VACATING HEARING DATE**

    Defendant's administrative motion to advance the case management conference is DENIED. Any schedule entered in the Western District of Wisconsin, clearly does not control the litigation now that it has been transferred to this district.

    Plaintiff's motion to stay this litigation, currently noticed for hearing on April 9, 2008, will be heard, if necessary, after the case management conference scheduled for May 22, 2008. The parties shall meet and confer in preparation for the conference and make a good faith attempt to resolve the dispute raised by the motion. The pretrial schedule will be discussed informally at the conference, and if a motion is necessary, plaintiff will be given leave to re-notice the motion. But until then, the April 9, 2008 hearing date is VACATED.

    **IT IS SO ORDERED.**

Dated: March 11, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge