1  William C. Rooklidge (SBN 134483)
   Ben M. Davidson (SBN 181464)
2  Gregory S. Cordrey (SBN 190144)
   Jesse D. Mulholland (SBN 222393)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   Telephone: (949) 721-6900
5  Facsimile: (949) 721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: davidsonb@howrey.com
   E-mail: cordreyg@howrey.com
7  E-mail: mulhollandj@howrey.com

8  Attorneys for Defendant
   The Procter & Gamble Company
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 KRAFT FOODS HOLDINGS, INC.,        )  Case No. 3:08-CV-00930-PJH
15                                    )
              Plaintiff(s),           )
16                                    )  [PROPOSED] ORDER GRANTING
        vs.                           )  APPLICATION FOR ADMISSION OF
17                                    )  ATTORNEY *PRO HAC VICE*
   THE PROCTER & GAMBLE COMPANY,      )
18                                    )         FAXED
              Defendant.              )
19                                    )
                                      )
20

21      Mark D. Wegener, an active member in good standing of the bar of the District of Columbia,

22 whose business address and telephone number is 1299 Pennsylvania Avenue, N.W., Washington, D.C.

23 20004, (202) 783-0800, having applied in the above-entitled action for admission to practice in the

24 Northern District of California on a *pro hac vice* basis, representing the Procter & Gamble Company,

25 ///

26 ///

27 ///

28 ///

HOWREY LLP

-1-

Case No. 3:08-CV-00930-PJH
[Proposed] Order Granting Application
for Admission of Attorney *Pro Hac Vice*

DM_US:21081232_1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filing in this action are subject to the requirements contained
5  in General Order No. 45, *Electronic Case Filing*.

7  Dated: _____, 2008

   _____
   United States District Court Judge

-2-

Case No. 3:08-CV-00930-PJH
[Proposed] Order.Granting Application
for Admission of Attorney *Pro Hac Vice*

DM_US:21081232_1