| | |
|---|---|
| 1 | William C. Rooklidge (SBN 134483) |
|   | Ben M. Davidson (SBN 181464) |
| 2 | Gregory S. Cordrey (SBN 190144) |
|   | Jesse D. Mulholland (SBN 222393) |
| 3 | HOWREY LLP |
|   | 4 Park Plaza, Suite 1700 |
| 4 | Irvine, California 92614 |
|   | Telephone: (949) 721-6900 |
| 5 | Facsimile: (949) 721-6910 |
|   | E-mail: rooklidgew@howrey.com |
| 6 | E-mail: davidsonb@howrey.com |
|   | E-mail: cordreyg@howrey.com |
| 7 | E-mail: mulhollandj@howrey.com |
| 8 | Attorneys for Defendant |
|   | The Procter & Gamble Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KRAFT FOODS HOLDINGS, INC.,            )  Case No. 3:08-CV-00930-PJH
                                        )
           Plaintiff(s),                )
                                        )  [PROPOSED] ORDER GRANTING
    vs.                                 )  APPLICATION FOR ADMISSION OF
                                        )  ATTORNEY *PRO HAC VICE*
THE PROCTER & GAMBLE COMPANY,           )
                                        )            FAXED
           Defendant.                   )
                                        )

Mark D. Wegener, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, (202) 783-0800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Procter & Gamble Company,

///

///

///

///

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filing in this action are subject to the requirements contained
5  in General Order No. 45, *Electronic Case Filing*.

7  Dated:  March 13        , 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton