```
 1  WILLIAM C. ROOKLIDGE (SBN 134483)
    MARTHA K. GOODING (SBN 101638)
 2  BEN M. DAVIDSON (SBN 181464)
    GREGORY S. CORDREY (SBN 190144)
 3  JESSE D. MULHOLLAND (SBN 222393)
    HOWREY LLP
 4  4 Park Plaza, Suite 1700
    Irvine, California 92614
 5  Telephone: (949) 721-6900
    Facsimile: (949) 721-6910
 6  E-mail: rooklidgew@howrey.com
    E-mail: goodingm@howrey.com
 7  E-mail: davidsonb@howrey.com
    E-mail: cordreyg@howrey.com
 8  E-mail: mulhollandj@howrey.com

 9  MARK D. WEGENER (pro hac vice application pending)
    HOWREY LLP
10  1299 Pennsylvania Avenue, NW, Washington, DC 20004
    Telephone: (202) 783-0800
11  Facsimile: (202) 383-6610
    E-mail: wegenerm@howrey.com
12  Attorneys for Defendant The Procter & Gamble Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., | Case No. 3:08-CV-00930-PJH |
| Plaintiff, | Transferred from W.D. Wisc. Case No. 07C0613S |
| vs. | |
| THE PROCTER & GAMBLE COMPANY, | NOTICE OF APPEARANCE OF MARTHA K. GOODING |
| Defendant. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Counterclaim Plaintiff, | |
| vs. | |
| KRAFT FOODS HOLDINGS, INC. | |
| Counterclaim Defendant, | |
| and | |
| KRAFT FOODS GLOBAL, INC. | |
| Third-Party Defendant. | |

HOWREY LLP

Case No. 3:08-CV-00930-PJH
GOODING NOTICE OF APPEARANCE

DM_US:21078999_2

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  Please enter my appearance as counsel in this case for Defendant The Procter & Gamble

3  Company.

4  I certify that I am admitted to practice in this Court.

5

6  Dated:  April 17, 2008                                HOWREY LLP

7

8                                                                       By:   /s/ Martha K. Gooding
                                                                                      MARTHA K. GOODING
9                                                                                Attorneys for Plaintiff

DM_US:21078999_2