# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kraft Foods Holdings Inc., <br><br>        Plaintiff(s), <br><br> v. <br><br> The Procter & Gamble Company, <br><br>        Defendant(s). | 08-00930 PJH <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: May 9, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
08-00930 PJH                                       -2-

PROOF OF SERVICE

Case Name:      Kraft Foods Holdings Inc. v. The Procter & Gamble Company

Case Number:    08-00930 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>    ADR Program
>    United States District Court
>    Norther District of California
>    450 Golden Gate Avenue Floor 16
>    San Francisco, CA 94102

On May 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>    Michael D. Powell
>    Quinn Emanuel Urquhart Oliver & Hedges LLP
>    555 Twin Dolphin Drive
>    Suite 560
>    Redwood Shores, CA 94065
>    mikepowell@quinnemanuel.com
>
>    Claude Michael Stern
>    Quinn Emanuel Urquhart Oliver & Hedges LLP
>    555 Twin Dolphin Drive
>    Suite 560
>    Redwood Shores, CA 94065-2139
>    claudestern@quinnemanuel.com
>
>    Evette Dionna Pennypacker
>    Quinn Emanuel Urquhart Oliver & Hedges LLP
>    555 Twin Dolphin Drive
>    Suite 560
>    Redwood Shores, CA 94065-2139
>    evettepennypacker@quinnemanuel.com

Anthony A. Tomaselli
Quarles & Brady LLP
33 East Main Street
Suite 900
P.O. Box 2113
Madison, WI 53701

Thomas Edward Wallerstein
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065-2139
tomwallerstein@quinnemanuel.com

Igor Piryazev
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065-2139
igorpiryazev@quinnemanuel.com

Paul F. Linn
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202

Benjamin Charles Deming
Howrey LLP
550 S. Hope Street
Suite 1100
Los Angeles, CA 90071
demingb@howrey.com

Gregory Stuart Cordrey
Howrey LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614
cordreyg@howrey.com

Ben M Davidson
Howrey LLP
4 Park Plaza

Suite 1700
Irvine, CA 92614
davidsonb@howrey.com

William Charles Rooklidge
Howrey LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614
rooklidgew@howrey.com

Jesse Damon Mulholland
Howrey LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614
mulhollandj@howrey.com

Mark D. Wegener
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
wegenerm@howrey.com

Martha K. Gooding
Howrey LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614
goodingm@howrey.com

Kraft Foods Holdings Inc.
,

The Procter & Gamble Company
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 9, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov