1  William C. Rooklidge (SBN 134483)
   Martha K. Gooding (SBN 101638)
2  Ben M. Davidson (SBN 181464)
   Gregory S. Cordrey (SBN 190144)
3  Jesse D. Mulholland (SBN 222393)
   HOWREY LLP
4  4 Park Plaza, Suite 1700
   Irvine, California  92614
5  Telephone:  (949) 721-6900
   Facsimile:  (949) 721-6910
6  E-mail:  rooklidgew@howrey.com
   E-mail:  goodingm@howrey.com
7  E-mail:  davidsonb@howrey.com
   E-mail:  cordreyg@howrey.com
8  E-mail:  mulhollandj@howrey.com

9  Attorneys for Counterclaim Plaintiff
   The Procter & Gamble Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., et al., | Case No. 3:08-CV-00930-PJH |
| Plaintiffs and Counterclaim Defendants, | **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| vs. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant and Counterclaim Plaintiff. | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named
2  parties, there is no such interest to the report.

3  Dated: May 9, 2008  HOWREY LLP

5  By: /s/ Martha K. Gooding

6  William C. Rooklidge
   Martha K. Gooding
7  Ben Davidson
   Greg C. Cordrey
8  Jesse Mulholland
   HOWREY LLP
9  4 Park Plaza, Suite 1700
   Irvine, CA 92614
10 Telephone: (949) 721-6900
   Facsimile: (949) 721-6910

12 Mark D. Wegener
   HOWREY LLP
   1299 Pennsylvania Ave., N.W.
13 Washington, DC 20004
   Telephone: (202) 383-0800
14 Facsimile: (202) 838-6610

15 Attorneys for Counterclaim Plaintiff
   The Procter & Gamble Company