QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
    tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff/Counterclaim Defendant
Kraft Foods Holdings, Inc. and Third Party
Defendant Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. | CASE NO. C 08-930 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| THE PROCTER & GAMBLE COMPANY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> KRAFT FOODS HOLDINGS, INC., <br><br> Counterclaim Defendant <br><br> and <br><br> KRAFT FOODS GLOBAL, INC., <br><br> Third-Party Defendant. | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, this Court has scheduled a case management conference in this action for May 22, 2008;

WHEREAS, Kraft's lead trial counsel has a pre-trial conference scheduled in another matter in Delaware on the morning of May 23, 2008 and a case management conference in another matter the morning of May 22, 2008 and is unable to attend the case management conference for this matter;

WHEREAS, the parties have met and conferred and agreed that, if the Court's calendar permits, the case management conference in this matter may take place on May 29, 2008 in order to allow Kraft's lead trial counsel to attend;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the May 22, 2008 case management conference shall be continued until May 29, 2008, at 2:30 p.m.

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 08-930 PJH

IT IS SO STIPULATED:

May 8, 2008

By: /s/ Evette D. Pennypacker
Claude M. Stern
Evette D. Pennypacker
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2129
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Kraft Foods Holdings, Inc. and Kraft Foods Global, Inc.*

May 8, 2008

By: /s/ Ben M. Davidson
William C. Rooklidge
Ben M. Davidson
**HOWREY LLP**
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

*Attorneys for The Procter & Gamble Company*

IT IS SO ORDERED:
DATED:   May 12, 2008

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton

Judge Phyllis J. Hamilton
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 08-930 PJH