UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRAFT FOODS HOLDINGS, INC.

        Plaintiff(s),

v.

THE PROCTER & GAMBLE COMPANY

        Defendant(s).

Case No. 3:08-cv-00930-PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 12, 2008

                                   Clinton Hallman
                                   [Party]

Dated: May 9, 2008

                                   Claude M. Stern
                                   [Counsel]

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On May 12, 2008, I served true copies of the following document described as

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the parties in this action as follows:

**Martha Gooding (GoodingM@howrey.com)**

**Greg Cordrey (CordreyG@howrey.com)**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from tomwallerstein@quinnemanuel.com on May 12, 2008, by transmitting a PDF format copy of such document to each such person at the e-mail address listed above. The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2008, at Redwood Shores, California.

Thomas E. Wallerstein