UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRAFT FOODS HOLDINGS, INC.

CASE NO. 3:08-cv-00930-PJH

Plaintiff(s),

v.

THE PROCTER & GAMBLE COMPANY

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓  Private ADR *(please identify process and provider)*  The parties are currently engaged in mediation before Tony Piazza and a neutral expert.

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓  other requested deadline  underway

Dated: May 9, 2008                                  Claude M. Stern
                                                    Attorney for Plaintiff

Dated: May 12, 2008                                 Martha Gooding
                                                    Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

Deadline for ADR session
        90 days from the date of this order.
✓       Other - The parties currently are engaged in private ADR and do not require an additional deadline.

IT IS SO ORDERED.

Dated: _____

                                        _____
                                        UNITED STATES DISTRICT JUDGE