1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2        claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3        evettepennypacker@quinnemanuel.com
     Thomas E. Wallerstein (Bar No. 232086)
4        tomwallerstein@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
6  Facsimile:  (650) 801-5100

7  Attorneys for Plaintiff/Counterclaim Defendant
   Kraft Foods Holdings, Inc. and Third Party
8  Defendant Kraft Foods Global, Inc.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  KRAFT FOODS HOLDINGS, INC.,          CASE NO. C 08-930 PJH

14              Plaintiff,               **CERTIFICATION OF INTERESTED
                                         ENTITIES OR PERSONS**
15        v.

16  THE PROCTER & GAMBLE COMPANY,

17              Defendant.

18  THE PROCTER & GAMBLE COMPANY,

19              Counterclaim Plaintiff,

20        v.

21
   KRAFT FOODS HOLDINGS, INC.,
22
              Counterclaim Defendant
23
       and
24
   KRAFT FOODS GLOBAL, INC.,
25
              Third-Party Defendant.
26

27

28

*quinn emanuel*

51282/2502026.1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Kraft Foods Holdings, Inc. is a wholly owned subsidiary of Kraft Foods Global, Inc., which in turn is a wholly owned subsidiary of Kraft Foods Inc., a publicly traded company.

May 13, 2008

By: /s/ Evette D. Pennypacker
    Claude M. Stern
    Evette D. Pennypacker
**QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2129
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Kraft Foods Holdings, Inc. and
Kraft Foods Global, Inc.*

51282/2502026.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 08-930 PJH

1  **PROOF OF SERVICE**

2      I am employed in the County of San Mateo, State of California.  I am over the age of

3  eighteen years and not a party to the within action; my business address is 555 Twin Dolphin

4  Drive, Suite 560, Redwood Shores, California 94065-2139.

5      On May 13, 2008, I served true copies of the following document described as

6  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

7  on the parties in this action as follows:

8      **Martha Gooding (GoodingM@howrey.com)**

9      **Greg Cordrey (CordreyG@howrey.com)**

10 **BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from

11 tomwallerstein@quinnemanuel.com on May 13, 2008, by transmitting a PDF format copy of such

12 document to each such person at the e-mail address listed above.  The document was transmitted

13 by electronic transmission and such transmission was reported as complete and without error.

14      I declare that I am employed in the office of a member of the bar of this Court at whose

15 direction the service was made.

16      Executed on May 13, 2008, at Redwood Shores, California.

17

18

19                          Thomas E. Wallerstein

20

21

22

23

24

25

26

27

28

*quinn emanuel*

51282/2502026.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 08-930 PJH