UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRAFT FOODS HOLDINGS, INC.,

      Plaintiff(s),                      No. C 08-0930 PJH

   v.                                  **CLERK'S NOTICE**

PROCTER AND GAMBLE COMPANY,

      Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference will begin at **2:00 p.m.** instead of 2:30 p.m. on **May 29, 2008**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, in this matter.

                              Richard W. Wieking
                              Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: May 27, 2008