UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 29, 2008                                             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0930 PJH

**Case Name:** Kraft Foods Holdings, Inc. v. The Procter & Gamble Company

**Attorney(s) for Plaintiff:**     Claude Stern; Evette Pennypacker
**Attorney(s) for Defendant:**     Martha Gooding; William Rooklidge

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Not Reported

**PROCEEDINGS**

  Initial Case Management Conference-Held.  The parties shall meet and confer and submit a briefing schedule to the court for the pending motion to stay.  The motion will be decided on the papers.  Discovery continues to be stayed pending the ruling on motion to stay.  The parties may stipulate and/or amend the pleadings to correct the caption of the case.

  The court informs the parties that if no stay is issued a new protective order will need to be prepared and submitted to the court for approval.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc: chambers**