QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff/Counterclaim Defendant
Kraft Foods Holdings, Inc. and Third Party
Defendant Kraft Foods Global, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., <br><br>Plaintiff, <br><br>v. <br><br>THE PROCTER & GAMBLE COMPANY, <br><br>Defendant. <br><br>THE PROCTER & GAMBLE COMPANY, <br><br>Counterclaim Plaintiff, <br><br>v. <br><br>KRAFT FOODS HOLDINGS, INC. <br><br>Counterclaim Defendant <br><br>and <br><br>KRAFT FOODS GLOBAL, INC. <br><br>Third-Party Defendant. | CASE NO. C 08-930 PJH <br><br><br>**[PROPOSED] ORDER GRANTING KRAFT'S MOTION FOR A STAY** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff/Counterclaim Defendant Kraft Foods Holdings, Inc.'s and Third Party Defendant Kraft Foods Global, Inc.'s (collectively "Kraft") Motion for a Stay. Having considered the pleadings and other papers on file herein and argument submitted by counsel for Kraft and The Procter & Gamble Company, the evidence submitted in support of and in opposition to the motion, and the arguments of counsel, with good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Kraft's motion to stay this action is **GRANTED**. This action is hereby stayed pending completion (including the completion of all appeals) of the pending *inter partes* and *ex parte* re-examinations of the '418 patent.

DATED: _____, 2008            The Honorable Phyllis J. Hamilton
                                    United States District Judge