QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
    tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff/Counterclaim Defendant
Kraft Foods Holdings, Inc. and Third Party
Defendant Kraft Foods Global, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> KRAFT FOODS HOLDINGS, INC. <br><br> Counterclaim Defendant <br><br> and <br><br> KRAFT FOODS GLOBAL, INC. <br><br> Third-Party Defendant. | CASE NO. C 08-930 PJH <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On May 30, 2008, I served and had served true copies of the document(s) described as:

**KRAFT'S NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A STAY;**

**DECLARATION OF EVETTE D. PENNYPACKER**

**[PROPOSED] ORDER**

on the parties in this action as follows:

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from tomwallerstein@quinnemanuel.com on May 30, 2008, by transmitting a PDF format copy of such document(s) to each such person identified below, at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

**William Rooklidge**
**Martha Gooding**
4 Park Plaza, Suite 1700
Irvine, CA 92614
RooklidgeW@howrey.com
GoodingM@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2008, at Redwood Shores, California.

Thomas E. Wallerstein