1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2      claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3      evettepennypacker@quinnemanuel.com
     Thomas E. Wallerstein (Bar No. 232086)
4      tomwallerstein@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7  Attorneys for Plaintiff/Counterclaim Defendant
   Kraft Foods Holdings, Inc. and Third Party
8  Defendant Kraft Foods Global, Inc.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

| | |
|---|---|
| KRAFT FOODS HOLDINGS, INC., | CASE NO. C 08-930 PJH |
| Plaintiff, | _____ |
| v. | |
| THE PROCTER & GAMBLE COMPANY, | **STIPULATED BRIEFING SCHEDULE FOR KRAFT'S MOTION TO STAY** |
| Defendant. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Counterclaim Plaintiff, | |
| v. | |
| KRAFT FOODS HOLDINGS, INC. | |
| Counterclaim Defendant | |
| and | |
| KRAFT FOODS GLOBAL, INC. | |
| Third-Party Defendant. | |

1  Kraft Foods Holdings, Inc. and Kraft Foods Global, Inc. (collectively "Kraft") and The
2  Procter & Gamble Company ("P&G") hereby stipulate to the following briefing schedule for
3  Kraft's contemplated Motion to Stay:
4      May 30, 2008:    Kraft's Opening Brief
5      June 6, 2008:    P&G's Opposition
6      June 13, 2008    Kraft's Reply
7  All briefs shall be electronically served the same day as filed.

8  May 30, 2008

By:   //s// *Evette D. Pennypacker*
    Claude M. Stern
    Evette D. Pennypacker
    Thomas E. Wallerstein
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2129
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Kraft Foods Holding, Inc. and Kraft Foods Global, Inc.*

May 30, 2008

By:   //s// *Martha K. Gooding*
    William C. Rooklidge
    Martha K. Gooding
**HOWREY LLP**
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

*Attorneys for The Procter & Gamble Company*