1  William C. Rooklidge (SBN 134483)
   Martha K. Gooding (SBN 101638)
2  Gregory S. Cordrey (SBN 190144)
   Ben M. Davidson (SBN 181464)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   Telephone:  949-721-6900
5  Facsimile:  949-721-6910
   E-mail:  rooklidgew@howrey.com
6  E-mail:  goodingm@howrey.com
   E-mail:  cordreyg@howrey.com
7  E-mail:  davidsonb@howrey.com

8  Attorneys for Plaintiff The Procter & Gamble Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Case No.: 3:08-cv-00930 PJH |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| KRAFT FOODS GLOBAL, INC., | |
| Defendant. | |

It is with profound regret that Plaintiff The Procter & Gamble Company ("P&G") notifies the Court that one of its counsel in this matter, Mark D. Wegener, passed away on June 6, 2008. P&G respectfully requests that the Court order the withdrawal of Mr. Wegener's appearance in this action and delete his name from all service, distribution or other notice lists.

Dated: June 13, 2008

Respectfully submitted,

HOWREY LLP

By:   /s/ Martha K. Gooding
       MARTHA K. GOODING
Attorneys for Plaintiff

DM_US:21286831_1