1  William C. Rooklidge (SBN 134483)
   Martha K. Gooding (SBN 101638)
2  Gregory S. Cordrey (SBN 190144)
   Ben M. Davidson (SBN 181464)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   Telephone: 949-721-6900
5  Facsimile: 949-721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: goodingm@howrey.com
   E-mail: cordreyg@howrey.com
7  E-mail: davidsonb@howrey.com

8  Attorneys for Plaintiff
   The Procter & Gamble Company
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13 | THE PROCTER & GAMBLE COMPANY, ) | Case No.: 3:08-cv-00930 PJH
   |                                )  |
14 |           Plaintiff,           )  | **STIPULATION AND [PROPOSED]**
   | v.                             )  | **ORDER EXTENDING DEADLINE FOR**
15 |                                )  | **PARTIES TO MEET AND CONFER**
   | KRAFT FOODS GLOBAL, INC.,      )  | **REGARDING PROPOSED LIMITED**
16 |                                )  | **DISCOVERY SCHEDULE PURSUANT**
   |           Defendant.           )  | **TO THE COURT'S AUGUST 15, 2008**
17 |                                )  | **ORDER**

**HOWREY LLP**

Case No. 3:08-cv-00930 PJH
STIPULATION EXTENDING DEADLINE

DM_US:21434208_2

1
2
3    WHEREAS, the Court's August 15, 2008 Order Granting Motion to Stay instructed the parties
4  "to meet and confer with respect to proposed limited discovery, and to present a stipulated proposal to
5  the Court, no later than September 15, 2008," and further ordered that "[i]f the parties are unable to
6  agree on a stipulated proposal, they are instructed to contact the courtroom deputy for the undersigned,
7  in order to request that a further case management conference be scheduled"; and
8    WHEREAS, the parties are pursuing serious settlement discussions which, if successful, would
9  resolve this action; and
10    WHEREAS, the parties believe that a thirty day extension of the September 15, 2008 deadline
11  would facilitate their settlement discussions;
12    NOW, THEREFORE, the parties jointly request the Court to enter the accompanying Proposed
13  Order extending through October 15, 2008 the deadline for the parties to meet and confer with respect
14  to the proposed limited discovery and to either present a stipulated proposal to the Court or advise the
15  Court's courtroom deputy of the need for a case management conference.

16  Dated: September 9, 2008                HOWREY LLP
17
18                                          By:    /s/ Martha K. Gooding
                                                   MARTHA K. GOODING
19                                          Attorneys for Plaintiff
                                            The Procter & Gamble Company
20
21  Dated: September 9, 2008                QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES LLP
22
23                                          By:    /s/ Evette D. Pennypacker
                                                   EVETTE D. PENNYPACKER
24                                          Attorneys for Defendants
                                            Kraft Foods Global, Inc.
25
26
27
28

-1-

DM_US:21434208_2

1  William C. Rooklidge (SBN 134483)
   Martha K. Gooding (SBN 101638)
2  Gregory S. Cordrey (SBN 190144)
   Ben M. Davidson (SBN 181464)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   Telephone:  949-721-6900
5  Facsimile:  949-721-6910
   E-mail:  rooklidgew@howrey.com
6  E-mail:  goodingm@howrey.com
   E-mail:  cordreyg@howrey.com
7  E-mail:  davidsonb@howrey.com

8  Attorneys for Plaintiff
   The Procter & Gamble Company
9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN FRANCISCO DIVISION**

13  THE PROCTER & GAMBLE COMPANY,   )   Case No.:  3:08-cv-00930 PJH
                                    )
14              Plaintiff,          )   **[PROPOSED] ORDER EXTENDING**
    v.                              )   **DEADLINE FOR PARTIES TO MEET**
15                                  )   **AND CONFER REGARDING PROPOSED**
    KRAFT FOODS GLOBAL, INC.,       )   **LIMITED DISCOVERY SCHEDULE**
16                                  )   **PURSUANT TO THE COURT'S AUGUST**
                Defendant.          )   **15, 2008 ORDER**
17                                  )

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

Case No. 3:08-cv-00930 PJH
[PROPOSED] ORDER

DM_US:21434212_2

1
2
3   The Court has considered the parties' Stipulation for an order extending the deadline for them
4   to meet and confer regarding a proposed limited discovery schedule pursuant to the Court's August 15,
5   2008 Order, and good cause appearing, the Court grants the parties' requested extension. Accordingly,
6   the Court orders that the parties shall have through October 15, 2008 to meet and confer with respect to
7   proposed limited discovery as required by the Court's August 15, 2008 Order, and to either present the
8   Court with a stipulated proposal or contact the Court's courtroom deputy to request that a further case
9   management conference be scheduled.
10
11
12  Dated: September ___, 2008
                                                    _____
13                                                  Hon. Phyllis J. Hamilton
                                                    Judge, United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

DM_US:21434212_2