```
 1  William C. Rooklidge (SBN 134483)
    Martha K. Gooding (SBN 101638)
 2  Gregory S. Cordrey (SBN 190144)
    Ben M. Davidson (SBN 181464)
 3  HOWREY LLP
    4 Park Plaza, Suite 1700
 4  Irvine, California 92614
    Telephone: 949-721-6900
 5  Facsimile: 949-721-6910
    E-mail: rooklidgew@howrey.com
 6  E-mail: goodingm@howrey.com
    E-mail: cordreyg@howrey.com
 7  E-mail: davidsonb@howrey.com

 8  Attorneys for Plaintiff
    The Procter & Gamble Company
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| THE PROCTER & GAMBLE COMPANY, | ) | Case No.: 3:08-cv-00930 PJH |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO MEET AND CONFER REGARDING PROPOSED LIMITED DISCOVERY SCHEDULE PURSUANT TO THE COURT'S AUGUST 15, 2008 ORDER |
| v. | ) | |
| KRAFT FOODS GLOBAL, INC., | ) | |
| Defendant. | ) | |

The Court has considered the parties' Stipulation for an order extending the deadline for them to meet and confer regarding a proposed limited discovery schedule pursuant to the Court's August 15, 2008 Order, and good cause appearing, the Court grants the parties' requested extension. Accordingly, the Court orders that the parties shall have through October 15, 2008 to meet and confer with respect to proposed limited discovery as required by the Court's August 15, 2008 Order, and to either present the Court with a stipulated proposal or contact the Court's courtroom deputy to request that a further case management conference be scheduled.

Dated: September 10, 2008

_____
Hon. Phyllis J. Hamilton
Judge, United States District Court

-1-

DM_US:21434212_2