UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROCTOR & GAMBLE CO.,

    Plaintiff(s),

v.

KRAFT FOODS GLOBAL, INC.,

    Defendant(s).
_____/

No. C 08-0930 PJH

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

In the August 15, 2008 order, the court afforded the parties 30 days to meet and confer about limited discovery. Pursuant to the request of the parties, the court extended that period for an additional 30 days. Now before the court is a "status report" in which the parties do not request additional time in which to submit the discovery stipulation, but instead advise the court that they "anticipate" submitting the stipulation on or before October 22, 2008.

The court orders the parties to file the stipulation no later than October 22, 2008, or appear at a case management conference on October 30, 2008, at 2:30 p.m. A joint case management statement describing the problem they are having, shall be filed no later than October 24, 2008.

**IT IS SO ORDERED.**

Dated: October 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge