William C. Rooklidge (SBN 134483)
Martha K. Gooding (SBN 101638)
Gregory S. Cordrey (SBN 190144)
Ben M. Davidson (SBN 181464)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: 949-721-6900
Facsimile: 949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: goodingm@howrey.com
E-mail: cordreyg@howrey.com
E-mail: davidsonb@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
   evettepennypacker@quinnemanuel.com
   Thomas E. Wallerstein (Bar No. 232086)
   tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendant Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>             Plaintiff,<br><br>      vs.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>             Defendant. | No. CV 08-00930 PJH<br><br>**STIPULATION REGARDING JOINT PLAN FOR LIMITED DISCOVERY AND *[PROPOSED]* ORDER PURSUANT TO THE COURT'S AUGUST 15, 2008 ORDER** |

1    WHEREAS, the Court's August 15, 2008 Order instructed the parties "to meet and confer
2 with respect to proposed limited discovery, and to present a stipulated proposal to the Court, no
3 later than September 15, 2008," and further ordered that "[i]f the parties are unable to agree on a
4 stipulated proposal, they are instructed to contact the courtroom deputy for the undersigned, in
5 order to request that a further case management conference be scheduled."

6    WHEREAS, the parties asked for, and the Court granted, an extension until October 15,
7 2008 to file a discovery plan;

8    WHEREAS, on October 21, 2008, in response to a status report the parties submitted on
9 October 15, 2008, the Court ordered the parties to file a stipulation regarding proposed limited
10 discovery no later than October 22, 2008, or appear at a case management conference on October
11 30, 2008, at 2:30 p.m.;

12    WHEREAS, the parties met and conferred to discuss a plan for limited discovery;

13    WHEREAS, the parties agreed on the following limited discovery plan:

- Each party is allowed to take no more than three (3) individual depositions and one (1) 30(b)(6) deposition pursuant to the Federal Rules of Civil Procedure subject to the following constraints:  (a) no witness shall be deposed for more than seven (7) hours, however, in the event a witness is noticed both as an individual and as a 30(b)(6) deponent, the parties will meet and confer in good faith in advance of the witness's deposition to determine the appropriate number of deposition hours for that particular witness, (b) if a single witness is identified to testify on all topics, the 30(b)(6) deposition shall not exceed seven (7) hours, (c) if more than one witness is identified to testify for the 30(b)(6) deposition, the 30(b)(6) deposition of all such designated witnesses shall not exceed 14 hours;
- Subject to the parties' respective objections permitted under the Federal Rules of Civil Procedure, the depositions shall be limited to the topics exchanged by the parties on October 14, 2008 and summarized below:

    P&G:    1. The design, development and testing of the Accused Product.

                    2. Kraft's analysis and evaluation of the technology developed by P&G embodied in the P&G patents.

Kraft:     1. Prosecution of the application that lead to the '419 patent.

                2. Genesis, development and testing of the inventions disclosed in the '419 patent.

- The parties agree to schedule the depositions at the earliest available, mutually agreeable date.
- In order to effectively prepare for and conduct the above depositions, the parties agree to exchange documents related to the above-referenced topics the parties exchanged on October 14, 2008, subject to the parties' respective objections to those topics, as follows:
    - Each party will serve on the other party no more than ten (10) specific document requests limited to the topics the parties exchanged on October 14, 2008 by October 31, 2008;
    - Any confidential documents or information produced in this case (Case No. 08-00930 PJH) will be subject to a protective order entered by the Court;
    - The parties will jointly propose a protective order for this Action; and
    - Provided that a protective order has been entered in this Action by November 21, 2008, each party will produce documents responsive to the other party's document requests no later than November 21, 2008. If a protective order has not been entered as of November 21, 2008, the parties shall produce documents in response to the other party's document requests no later than three (3) court days after a protective order has been entered by the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the following limited discovery plan be entered:

- Each party is allowed to take no more than three (3) individual depositions and one (1) 30(b)(6) deposition pursuant to the Federal Rules of Civil Procedure subject to

the following constraints: (a) no witness shall be deposed for more than seven (7) hours, however, in the event a witness is noticed both as an individual and as a 30(b)(6) deponent, the parties will meet and confer in good faith in advance of the witness's deposition to determine the appropriate number of deposition hours for that particular witness, (b) if a single witness is identified to testify on all topics, the 30(b)(6) deposition shall not exceed seven (7) hours, (c) if more than one witness is identified to testify for the 30(b)(6) deposition, the 30(b)(6) deposition of all such designated witnesses shall not exceed 14 hours;

- Subject to the parties' respective objections permitted under the Federal Rules of Civil Procedure, the depositions shall be limited to the topics exchanged by the parties on October 14, 2008 and summarized below:

    P&G:    1. The design, development and testing of the Accused Product.
            2. Kraft's analysis and evaluation of the technology developed by P&G embodied in the P&G patents.
    Kraft:  1. Prosecution of the application that lead to the '419 patent.
            2. Genesis, development and testing of the inventions disclosed in the '419 patent.

- The parties agree to schedule the depositions at the earliest available, mutually agreeable date.
- In order to effectively prepare for and conduct the above depositions, the parties agree to exchange documents related to the above-referenced topics the parties exchanged on October 14, 2008, subject to the parties' respective objections to those topics, as follows:
    o Each party will serve on the other party no more than ten (10) specific document requests limited to the topics the parties exchanged on October 14, 2008 by October 31, 2008;

- o Any confidential documents or information produced in this case (Case No. 08-00930 PJH) will be subject to a protective order entered by the Court;
- o The parties will jointly propose a protective order for this Action; and
- o Provided that a protective order has been entered in this Action by November 21, 2008, each party will produce documents responsive to the other party's document requests no later than November 21, 2008. If a protective order has not been entered as of November 21, 2008, the parties shall produce documents in response to the other party's document requests no later than three (3) court days after a protective order has been entered by the Court.

**IT IS SO STIPULATED:**

DATED: October 22, 2008         Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____/s/_____
Evette D. Pennypacker
Attorneys for Kraft Foods Global, Inc.

DATED: October 22, 2008         Respectfully submitted,

HOWREY LLP

By _____/s/_____
Gregory S. Cordrey
Attorneys for The Procter & Gamble Company

**IT IS SO ORDERED:**

DATED: 10/27/08

_____
Judge Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-4-

STIPULATION AND *[PROPOSED]* ORDER
No. CV 08-00930 PJH

51389/2677161.1