William C. Rooklidge (SBN 134483)
Martha K. Gooding (SBN 101638)
Gregory S. Cordrey (SBN 190144)
Ben M. Davidson (SBN 181464)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: 949-721-6900
Facsimile: 949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: goodingm@howrey.com
E-mail: cordreyg@howrey.com
E-mail: davidsonb@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
  tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendant Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>Defendant. | No. CV 08-00930 PJH<br><br>**CASE MANAGEMENT STATEMENT PURSUANT TO THE COURT'S OCTOBER 21, 2008 ORDER** |

1   On October 21, 2008, in response to a status report the parties submitted on October 15,
2   2008, the Court ordered the parties to file a stipulation regarding proposed limited discovery no
3   later than October 22, 2008, or file a case management report no later than October 24, 2008 and
4   appear at a case management conference on October 30, 2008, at 2:30 p.m. Dkt. No. 55. On
5   October 22, 2008, the Court set a deadline of October 24, 2008 for the parties to file a case
6   management statement and set a hearing for a case management conference on October 30, 2008,
7   at 2:30 p.m. The parties' understanding is that the deadline and hearing date were set pursuant to
8   the Court's October 21, 2008 order and assumed that the deadline and hearing would be vacated
9   once the parties timely filed a proposed stipulation. On October 22, 2008, the parties filed a
10  proposed stipulation regarding limited discovery (Dkt. No. 56); therefore, the parties do not
11  believe the Court's order requires the parties to file a case management statement. The stipulation
12  filed on Wednesday reflects the status of the parties' negotiations regarding the limited discovery
13  allowed by the court.
14      Because the deadline and hearing dates have not been vacated, however, the parties are
15  filing this statement in an abundance of caution and to avoid violating the Court's order.
16      The electronic filer hereby attests that the individual whose name appears below has signed
17  this document. See General Order 45, Section X.

18  DATED: October 24, 2008            Respectfully submitted,

19                                     QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
20

21                                     By_____/s/_____
22                                          Evette D. Pennypacker
                                            Attorneys for Kraft Foods Global, Inc.
23

24  DATED: October 24, 2008            Respectfully submitted,

25                                     HOWREY LLP
26

27                                     By_____
                                            Ben M. Davidson
28                                          Attorneys for The Procter & Gamble Company
    10/27/08

[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]

CASE MANAGEMENT STATEMENT
No. CV 08-00930 PJH