UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Case No.: 3:08-cv-00930 PJH |
| Plaintiff, | **DISMISSAL** |
| v. | |
| KRAFT FOODS GLOBAL, INC., | |
| Defendant. | |

1  The Court has considered the parties' Stipulated Request for Dismissal Without Prejudice, and
2  good cause appearing, hereby ORDERS that this entire action, including all claims and counterclaims,
3  be and hereby is dismissed without prejudice.  Each party will bear its own costs and fees.

4

5  DATED: January __26__, 2009

6

7  BY: _____

8  Judge Phyllis J. Hamilton

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

-1-

Case No.  3:08-cv-00930 JCS
DISMISSAL

DM_US:21813261_1